UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                                Plaintiff,<br><br>v.<br><br>MICHAEL THAYER (1),<br><br>                               Defendants. | Case No.:  24-cr-2013-JO<br><br>**ORDER CONTINUING MOTION HEARING/TRIAL SETTING AND DECLARING CASE COMPLEX** |

      On July 25, 2025, the parties filed a Joint Motion to Continue the Motion Hearing/Trial Setting currently set for August 1, 2025 to November 7, 2025.  For good cause appearing, the Court GRANTS the joint motion to continue [Dkt. 63] and sets the Motion Hearing/Trial Setting on November 7, 2025 at 1:30 p.m.

      For the reasons set forth in the joint motion, the Court finds that the ends of justice will be served by granting the requested continuance, and these outweigh the interests of the public and the defendant in a speedy trial. Accordingly, the delay occasioned by this continuance is excludable pursuant to 18 U.S.C. § 3161(h)(7)(A).

      Additionally, based on the reasons stated in the parties' joint motion and after considering the factors in 18 U.S.C. § 3161(h)(7)(B)(ii), the Court continues to declare this case complex. *United States v. McCarns*, 900 F.3d 1141, 1144 n.4. (9th Cir. 2018) ("Section 3161(h)(7)(B)(ii) instructs a district court to consider '[w]hether the case is so unusual or so complex, due to the number of defendants, the nature of the prosecution, or

the existence of novel questions of fact or law, that it is unreasonable to expect adequate preparation for pretrial proceedings or for the trial itself within the time limits established by this section.'"). Accordingly, the Court finds that time from August 1, 2025 to November 7, 2025 shall be excluded under the Speedy Trial Act.

  IT IS SO ORDERED.

Dated:   7/30/2025

                _____
                Hon. Jinsook Ohta
                UNITED STATES DISTRICT JUDGE