**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>MICHAEL THAYER (1),<br>Defendant. | Case No. 24-cr-2013-JO<br><br>Booking No. 41257-511<br><br>**JUDGMENT AND ORDER OF DISMISSAL** |

Based upon the oral motion of the government, the Court grants the government's motion to dismiss without prejudice the Indictment in the above-entitled case against defendant Michael Thayer. The defendant is hereby discharged as to this case only and the bond is exonerated.

IT IS SO ORDERED.

DATED: 7/17/2026

HONORABLE JINSOOK OHTA
UNITED STATES DISTRICT JUDGE